# Exhibit A

|    | Dispute | Decision Date | Awarded Total | *Total Payments | *Unpaid Balance Due as of 12/20/2024 |
|----|---------|---------------|---------------|-----------------|--------------------------------------|
| 1  | DISP-199305  | 7/31/2023  | $1,570 | $150   | $1,420 |
| 2  | DISP-180246  | 8/9/2023   | $1,158 | $125   | $1,032 |
| 3  | DISP-437900  | 8/11/2023  | $6,617 | $368   | $6,249 |
| 4  | DISP-303421  | 11/9/2023  | $1,158 | $89    | $1,069 |
| 5  | DISP-437872  | 11/16/2023 | $1,158 | $103   | $1,055 |
| 6  | DISP-481045  | 1/2/2024   | $1,570 | $270   | $1,299 |
| 7  | DISP-685310  | 2/26/2024  | $1,158 | $0     | $1,158 |
| 8  | DISP-63918   | 3/21/2024  | $4,963 | $1,558 | $3,405 |
| 9  | DISP-199313  | 3/29/2024  | $1,158 | $58    | $1,100 |
| 10 | DISP-1036573 | 4/3/2024   | $1,158 | $125   | $1,032 |
| 11 | DISP-1036562 | 4/3/2024   | $1,654 | $519   | $1,135 |
| 12 | DISP-1036459 | 4/4/2024   | $1,570 | $238   | $1,332 |
| 13 | DISP-180218  | 6/12/2024  | $3,139 | $0     | $3,139 |
| 14 | DISP-161625  | 6/12/2024  | $3,309 | $0     | $3,309 |
| 15 | DISP-161625  | 6/12/2024  | $6,617 | $0     | $6,617 |
| 16 | DISP-1290858 | 6/18/2024  | $1,654 | $220   | $1,434 |
| 17 | DISP-1290207 | 6/20/2024  | $1,158 | $89    | $1,069 |
| 18 | DISP-1290772 | 6/20/2024  | $1,570 | $329   | $1,241 |
| 19 | DISP-437804  | 9/19/2024  | $1,570 | $270   | $1,299 |
| 20 | DISP-213868  | 9/20/2024  | $3,309 | $970   | $2,339 |
|    |         |               | Total:*        |                 | $41,733 |

*Amount Rounded to Nearest Dollar